# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Christopher Scott Wold

*Plaintiff*

v.

Carolyn W Colvin,
Commissioner of Social Security

Civil Action No. 2:15-cv-00049-RHW

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Robert H. Whaley on a motion for Summary Judgment.  Plaintiff's Motion for Summary Judgment, GRANTED.  Defendant's Motion for Summary Judgment, DENIED.  Judgment in favor of Plaintiff.  REMANDED to Commissioner for further proceedings.

Date: 05/12/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler

*(By) Deputy Clerk*

Shelly Koegler